

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN HENRY MILLER, §
§
Petitioner, §
§
VS. § NO. 4:07-CV-245-A
§
NATHANIEL QUARTERMAN, §
Director, Texas Department of §
Criminal Justice, §
Correctional Institutions §
Division, §
§
Respondent. §

O R D E R

Came on for consideration the above-captioned action wherein John Henry Miller is petitioner and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On May 8, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by May 29, 2008. Copies of the proposed findings, conclusions, and recommendation were sent to petitioner and respondent. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United

States Magistrate Judge. Therefore,

The court ORDERS that the petition be, and is hereby, dismissed with prejudice as time-barred.

SIGNED June 4, 2008.

JOHN McBRYDE
United States District Judge